Zachary T. Ball, Esq.
Nevada Bar No. 08364
FIDELITY NATIONAL LAW GROUP
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: fnlg.nevada@fnf.com
Attorneys for Defendants *Diana M. Steiner and Ticor Title of Nevada, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEAN KILAT MILLER, | Case No. 2:10-cv-01121-KJD-GWF |
| Plaintiff, | |
| vs. | |
| RICK W. SKOGG, PRES., of AURORA LOAN SERVICES; KEVIN McCARTHY, PRES., OF QUALITY LOAN SERVICE CORPORATION; DIANA M. STEINER, PRES., OF TICOR TITLE OF NEVADA, INC.; SHANE WATSON, PRES., OF DIRECT ACCESS LENDING; LINDA CERVIN, PRES, MERS, INC.; DAVID APPLEGATE; GMAC MORTGAGE CORPORATION; JOHN and JANE DOES I-V; BLACK & WHITE CORPORATIONS VI-X and ABC PARTNERSHIPS XI-XV., | |
| Defendants. | |

### **SUBSTITUTION OF ATTORNEYS**

Zachary T. Ball, Esq, of FIDELITY NATIONAL LAW GROUP is hereby substituted as attorneys for Defendants *Diana M. Steiner* and *Ticor Title of Nevada, Inc.* in the above-entitled action, in place and stead of Ronald L. Warren, Esq., of FIDELITY NATIONAL LAW GROUP,

Ticor Title of Nevada, Inc.

DATED: 1-25-2011          /s/ Jodi Grover
                          By: Jodi Grover
                          Its: Vice President


DIANA M. STEINER

DATED: 1-25-2011          /s/ Diana M. Steiner

1  Ronald L. Warren, Esq. of FIDELITY NATIONAL LAW GROUP hereby consents to the
2  above and foregoing substitution of Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW
3  GROUP in its place and stead as attorney of record for Defendants *Diana M. Steiner and Ticor*
4  *Title of Nevada, Inc.* in the above-entitled action.

FIDELITY NATIONAL LAW GROUP

DATED: 1-25-2011

Ronald L. Warren, Esq.
Nevada Bar No. 2857
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169

11  Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW GROUP hereby accepts and
12  consents to its substitution as attorneys of record for Defendants *Diana M. Steiner and Ticor*
13  *Title of Nevada, Inc.* in its place and stead as attorney of record for Ronald L. Warren, Esq. of
14  FIDELITY NATIONAL LAW GROUP in the above-entitled action.

FIDELITY NATIONAL LAW GROUP

DATED: 1-25-2011

/s/ Zachary T. Ball
Zachary T. Ball, Esq., Bar No. 8364
Nik Skrinjaric, Esq., Bar No. 3605
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Attorneys for *Diana M. Steiner and Ticor Title of Nevada, Inc*

**IT IS SO ORDERED.**

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   January 26, 2011**

Fidelity National Law Group
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

## CERTIFICATE OF SERVICE

I served the foregoing documents described as **SUBSTITUTION OF ATTORNEYS** to all parties and counsel as identified on the Court generated Notice of Electronic Filing and by depositing true copies thereof in the United States first class mail at Las Vegas, Nevada, enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| Jean Kilat Miller<br>1813 StarBuck Dr.<br>Las Vegas, NV  89108<br>*Plaintiff Pro Per* | Ariel E. Stern<br>Diana S. Erb<br>Akerman Senterfitt LLP<br>400 South Fourth Street, Suite 450<br>Las Vegas, Nevada  89101<br>Attorneys for Defendants *Rick W. Skogg, Aurora Loan Services, Linda Cervin and MERS, Inc.* |
| Kristin A. Schuler-Hintz, Esq.<br>Christopher M. Hunter, Esq.<br>McCarthy & Holthus, LLP<br>9510 W. Sahara, Suite 110<br>Las Vegas, Nevada  89117<br>Attorneys for Defendants *Quality Loan Service Corp.  and Kevin McCarthy* | Peter E. Dunkley, Esq.<br>Wolfe & Wyman, LLP<br>980 Kelly Johnson Drive, Suite 140<br>Las Vegas, Nevada  89119<br>Attorneys for Defendants *GMAC Mortgage, LLC* |

**DATED** 1-25-2011

_An employee of Fidelity National Law Group_