# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEAN K. MILLER, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01121-KJD-GWF |
| vs. | ) | **ORDER** |
| RICK W. SKOGG, *et al*., | ) | Motion to Substitute (#52) |
| Defendants. | ) | |

    This matter is before the Court on Plaintiff's Motion to Substitute R.K. Arnold as a named defendant in place of Defendant Linda Cervin (#52), filed March 11, 2011.

    On February 3, 2011, the Court granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (#8) and dismissed David Applegate, Kevin McCarthy, Linda Cervin and Diana M. Steiner as defendants in this action. (#28). In addition, the Court denied Plaintiff's motions for leave to amend the complaint (#13, 15). (#28). In the present motion, Plaintiff requests leave from the Court to substitute R.K. Arnold in place of Linda Cervin. (#52). The Court will deny Plaintiff's request because Linda Cervin is no longer a defendant in this case.

    To the extent that Plaintiff is seeking leave to amend the complaint, the Court will deny this request because Plaintiff has already amended her complaint once insufficiently, neglected to attach a copy of a proposed amended document to the present motion and has not shown that an allowance for amendment would cure the deficiencies previously identified in the amended complaint by the Court. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute R.K. Arnold as a named defendant in place of Defendant Linda Cervin (#52) is **denied**.

DATED this 27th day of April, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**